FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2018

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ARTHUR TAYLOR and JACQUE TAYLOR, and the marital community comprised thereof,

Plaintiffs,

v.

CBS COLLECTIONS, INC., a Washington corporation,

Defendant.

NO: 2:18-CV-222-RMP

ORDER OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is Plaintiffs' Motion to Dismiss with Prejudice, ECF No. 3. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion to Dismiss with Prejudice, **ECF No. 3**, is **GRANTED**.
2. Plaintiffs' Complaint is dismissed with prejudice and without costs to any party
3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment for dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** September 26, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge